# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08-CV-04402

MARIA COTON-STEPHENS, et al., Plaintiffs,
v.
CONAGRA FOODS, INC., Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

| |
|---|
| NAME (Type or print)<br>John D. Bonini |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John D. Bonini |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 W. Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289090 | (312) 849-8100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, John D. Bonini, certify that on August 27, 2008, I electronically filed the foregoing **Appearance**, with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

>Adrian P. Smith (adrian@kenallenlaw.com)
>KENNETH J. ALLEN & ASSOCIATES
>1109 Glendale Blvd.
>Valparaiso, IN 46383
>Tel: (219) 465-6292

>By: /s/ John D. Bonini
>John D. Bonini
>MCGUIREWOODS LLP
>77 West Wacker Drive – Suite 4100
>Chicago, Illinois 60601
>Telephone: (312) 849-8100
>Fax: (312) 849-3690
>jbonini@mcguirewoods.com

\6483820.1